UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEMETRICY MOORE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-0972** |
| **JOHNNIE JONES, EX-WARDEN AND MARIANNA LEGER, WARDEN** | **SECTION "N"(6)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner, Demetricy Moore on March 15, 2010, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Demetricy Moore for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 17th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE